## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| LOURDES M. TEODOSIO, AMBER BROCK, GAROON J. GIBBS-RACHO and DAMON A. PARKS, SR., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 1:22-cv-00712-WJM |
| v. | ) ) | |
| DAVITA, INC., THE BOARD OF DIRECTORS OF DAVITA, INC., and THE PLAN ADMINISTRATIVE COMMITTEE OF DAVITA, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

I, Christopher J. Boran, file this notice of appearance as counsel for Defendants, Davita, Inc., The Board of Directors of Davita, Inc., and The Plan Administrative Committee of Davita, Inc.

Dated:  May 20, 2022

Respectfully submitted,

*/s Christopher J. Boran*
Christopher J. Boran
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive, Ste. 2800
Chicago, IL  60606-1511
T:  312-324-1000
F:  312-324-1001
E-mail: christopher.boran@morganlewis.com

## CERTIFICATE OF SERVICE

I certify that on May 20, 2022, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system and automatically copies to all counsel of record.

/s/ Christopher J. Boran
Christopher J. Boran

Attorney for Defendants