UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LOURDES M. TEODOSIO, et al., | |
| Plaintiffs, | Case No. 1:22-cv-00712-WJM |
| v. | Judge William J. Martinez |
| DAVITA INC., et al., | Magistrate Judge Maritza Dominguez Braswell |
| Defendants. | |

## JOINT STATUS REPORT

Plaintiffs Lourdes M. Teodosio, Amber Brock, Garoon J. Gibbs-Racho and Damon A. Parks, Sr., and Defendants DaVita Inc., the Board of Directors for DaVita Inc., and the Plan Administrative Committee of DaVita Inc. (collectively, the "Parties"), by and through their respective counsel, hereby provide the Court a joint status report pursuant to the September 1, 2023 Order. *See* Dkt. 79.

1. On September 1, 2023, the Court stayed proceedings in this matter. *Id.* The Parties jointly requested a stay to conserve resources before a mediation on October 27, 2023. *See* Dkt. 76.

2. The Parties attended the mediation on October 27 and reached an agreement in principle to settle this action on a classwide basis. The Parties are now drafting the settlement agreement and aim to file preliminary approval papers on or before December 30.

Dated: October 30, 2023                          Respectfully submitted,

*/s/ Mark K. Gyandoh*                             */s/ Kevin F. Gaffney*

Mark K. Gyandoh                                   Christopher J. Boran
CAPOZZI ADLER, P.C.                               Kevin F. Gaffney
312 Old Lancaster Road                            Eric M. Makinen

1

Merion Station, PA 19066
Telephone: 610-890-0200
Facsimile: 717-233-4103
Email: markg@capozziadler.com

Donald R. Reavey
2933 North Front Street
Harrisburg, PA  17110
Telephone: 717-233-4101
Facsimile: 717-233-4103
Email:  donr@capozziadler.com

*Counsel for Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL  60606
(312) 324-1000 (phone)
(312) 324-1001 (fax)
christopher.boran@morganlewis.com
kevin.gaffney@morganlewis.com
eric.makinen@morganlewis.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 30, 2023, a true and correct copy of the foregoing document was filed electronically via the Court's CM/ECF system, which will automatically provide notice to all counsel of record.

/s/ Kevin F. Gaffney